**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Wilson Maymi, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

Forster & Garbus, LLP,

        Defendant.

Docket No: 2:17-cv-07540-ADS-AKT

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 10 2018 ★

LONG ISLAND OFFICE

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice and without prejudice as to the alleged putative class defined in the Complaint pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: July 6, 2018

**ROBERT L. ARLEO, ESQ.**

By: /s Robert Arleo
Robert Arleo, Esq.
380 Lexington Avenue
New York, New York 10168
Tel: (212) 551-1115
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 114197
*Attorneys for Plaintiff*

SO ORDERED:   Case shall remain closed.

s/ Arthur D. Spatt
_____
Arthur D. Spatt, U.S.D.J.

7/10/18
Date